UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LACAL L. WILSON

CIVIL ACTION

VERSUS

15-700-SDD-RLB

N. BURL CAIN, ET AL.

### RULING

This matter comes before the Court in connection with the Court's Order dated March 20, 2018 (R. Doc. 11). On May 24, 2016, the Court issued an Order denying the plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, a filing fee in the amount of $400.00, and advising that "this action shall be dismissed" should the plaintiff fail to comply with the Court's Order. *See* R. Doc. 8. The plaintiff failed to pay the filing fee as ordered, and the Court issued a Ruling (R. Doc. 9) and entered a Judgment (R. Doc. 10) dismissing this matter. Subsequently, the Court was notified by the Clerk of Court that the Court's Order dated May 24, 2016 (R. Doc. 8) was not forwarded to the plaintiff. On March 20, 2018, the Court issued an Order vacating and withdrawing the Ruling (R. Doc. 9) and the Judgment (R. Doc. 10), and granted the plaintiff 21 days to pay the filing fee as directed.

A review of the record reviews that the plaintiff has failed to pay the filing fee. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED, WITHOUT PREFEIUDICE**, for failure of the plaintiff to pay the Court's filing fee. Judgment shall be entered accordingly.

Baton Rouge, Louisiana on May 7, 2018.

*Shelly D. Dick*
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**